# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Gerardo Alvarez, Supt., Edward Lucero, Spec. Proj. Dir., and PUSD, and PUSD School Board, Israel Lara and Youth Centers Of America

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Sandra Ortiz, Raul Villanueva, Alfonso Padron, Elida Padron, Luis Ramos, Gudelia Sandoval, Juan Sandoval, et. al.



FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
NOV 19 2014
SUPERIOR COURT OF CALIFORNIA
COUNTY OF FRESNO
BY _____ DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

**The name and address of the court is:**
*(El nombre y dirección de la corte es):*

Fresno Superior Court B.F. Sisk Courthouse
1130 O Street Fresno Ca. 93721-2220

CASE NUMBER:
(Número del Caso):
14 CE CG 03500

**The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:**
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

S.Ortiz, A.&E.Padron, L.Ramos, Raul V., J.&G. Sandoval et al.; 20231 Clayton, Reedley Ca.93654  288-7769

DATE: November 19, 2014           Clerk, by  L. ESPARZA   , Deputy
(Fecha)                           (Secretario)             (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. [✓] as an individual defendant.
2. [ ] as the person sued under the fictitious name of (specify):

3. [ ] on behalf of (specify):

    under: [ ] CCP 416.10 (corporation)      [ ] CCP 416.60 (minor)
           [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
           [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
           [ ] other (specify):
4. [✓] by personal delivery on (date): November  , 2014

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| The People: S. Ortiz, R. Villanueva, A. Padron, L. Ramos, G & J Sandoval et. al. 20231 Clayton Ave. Reedley Ca. 93654 TELEPHONE NO.: (559) 288-7769 FAX NO. (Optional): E-MAIL ADDRESS (Optional): juanrsg123@gmail.com ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Fresno
STREET ADDRESS: 1130 O Street
MAILING ADDRESS: 1130 O Street Fresno Ca. 93721-2220
CITY AND ZIP CODE: Fresno Ca. 93721-2220
BRANCH NAME: B.F. Sisk Courthouse

PLAINTIFF/PETITIONER: The People:S.Ortiz,A.Padron,L.Ramos,R.Vill et al.

DEFENDANT/RESPONDENT: Gerardo Alvarez, Supt and PUSD, and Sch.Brd et.al.

CASE NUMBER: 14 CE CG 03500

Ref. No. or File No.:

## PROOF OF SERVICE OF SUMMONS

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet (served in complex cases only)
   e. [ ] cross-complaint
   f. [ ] other (specify documents):

3. a. Party served (specify name of party as shown on documents served):
   Israel Lara, PUSD - Youth Centers of America

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):

4. Address where the party was served:
   900 Newmark Ave. Parlier Ca. 93648

5. I served the party (check proper box)
   a. [✓] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): November , 2014 (2) at (time):
   b. [✓] by substituted service. On (date): at (time): I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):
   Gloria Gomez Asst. Adm. Sec.

   (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date): from (city): or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

CM-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
S. Ortiz, R. Villanueva, A. Padron, L. Ramos, E. Padron, G. & J. Sandoval, et. al.
20231 Clayton Ave.
Reedley Ca. 93654
TELEPHONE NO.: (559)288-7769       FAX NO.:
ATTORNEY FOR (Name):

**FOR COURT USE ONLY**

FILED
NOV 19 2014
SUPERIOR COURT OF CALIFORNIA
COUNTY OF FRESNO
BY _____ DEPUTY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Fresno
STREET ADDRESS: 1130 O Street
MAILING ADDRESS: 1130 O Street
CITY AND ZIP CODE: Fresno Ca. 93721-2220
BRANCH NAME: B.F. Sisk Courthouse

**CASE NAME:**
People vs Gerardo Alvarez Supt and PUSD, and PUSD School Brd, et. al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [✓] Unlimited (Amount demanded exceeds $25,000) [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | 14 CE CG 03500  JUDGE:  DEPT: |

Items 1-6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[✓] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [✓] is  [ ] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [✓] Substantial amount of documentary evidence
   d. [✓] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [✓] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a.[✓] monetary  b.[ ] nonmonetary; declaratory or injunctive relief  c.[✓] punitive
4. Number of causes of action (specify): Violation of Contractual Due Process & Retaliation due to political Affil.
5. This case [✓] is  [ ] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related cases. (You may use form CM-015.)

Date: November, 19, 2014
S. Ortiz A. & E. Padron, L. Ramos, G.&J Sandoval, R.V
(TYPE OR PRINT NAME)                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

| | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA • COUNTY OF FRESNO**<br>CIVIL DEPARTMENT, CENTRAL DIVISION<br>1130 "O" Street<br>Fresno, California 93724<br>(559) 457-2000 | Filed<br>Fresno County<br><br>NOVEMBER 19, 2014<br><br>By System |
| TITLE OF CASE:<br><br>S Ortiz vs Gerardo Alvarez | |
| **NOTICE OF CASE MANAGEMENT CONFERENCE AND ASSIGNMENT OF JUDGE FOR ALL PURPOSES** | CASE NUMBER:<br>14CECG03500 MBS<br>MBS |

**To All Parties and their Attorneys of Record:**

> This case has been assigned to Judge **M. Bruce Smith** for all purposes.
> All future hearings will be scheduled before this assigned judge.

You are required to appear at a Case Management Conference on **MARCH   23, 2015 at 01:30 PM** in **104** located at **1130 'O' Street, Fresno, California.**

You must comply with the requirements set forth in Fresno Superior Court Local Rules Chapter 2.

Failure to appear at the conference may result in imposition of sanctions, waiver of jury trial, or other adverse consequences.

**Defendants:** Appearance at the Case Management Conference does not excuse you from having to file your response in proper legal form within 30 days after the Summons is served on you. You could lose the case if you do not file your response on time. If you do not know an attorney, and do not have one, you may call an attorney referral service or a legal aide office (listed in the phone book).

> IMPORTANT: This hearing is **not** a trial. It is for the court to inquire as to the status of the case and to determine what future hearings, including a trial date, need to be set.

_____DECLARATION_____

I declare under penalty of perjury under the laws of the State of California that I gave a copy of the **Notice of Case Management Conference and Assignment of Judge for All Purposes** to the person who presented this case for filing.

Date: November 19, 2014        Clerk, by _____, Deputy
                                         L. Esparza

BCV-48C  E04-08          NOTICE OF CASE MANAGEMENT CONFERENCE AND          Local Rule 2.1
                          ASSIGNMENT OF JUDGE FOR ALL PURPOSES

S. ORTIZ, R. VILLANUEVA, A. PADRON, L. RAMOS, G. SANDOVAL, J. SANDOVAL, E. PADRON, ET. AL.

20231 CLAYTON AVE.
REEDLEY, CA 93654
(559) 288-7769

FILED
NOV 19 2014
SUPERIOR COURT OF CALIFORNIA
COUNTY OF FRESNO
DEPUTY

SUPERIOR COURT OF CALIFORNIA
COUNTY OF FRESNO
B. F. SISK COURTHOUSE
1130 O STREET
FRESNO, CA 93721-2220

| | |
|---|---|
| S. ORTIZ, R. VILLANUEVA, A. PADRON, L. RAMOS, G. SANDOVAL, J. SANDOVAL, E. PADRON, ET. AL.<br><br>Plaintiff,<br><br>vs.<br><br>GERARDO ALVAREZ, SUPT., AND PARLIER UNIFIED SCHOOL DISTRICT, PARLIER UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES, EDWARD LUCERO, ISRAEL LARA AND YOUTH CENTERS OF AMERICA.<br><br>Defendant | Case No.: **14 CE CG 03500**<br><br>"COMPLAINT" |

This class action law suit is being filed as a result of retaliation and harassment for political affiliation, contractual employment and due process violations (*Lazar v. Superior Court (1996)* 12 Cal. 4th 631; *Chelini v. Nieri* (1948) 32 Cal. 2d 480, 487). Due process is the moral obligation of an employer to its employees when considering voluntary or involuntary transfers to positions, termination of employment and contracts (*Labor code*: Div.3, Chap. 2, Art. 1, 2750;

"COMPLAINT"
- 1

1  *Bell v. Vista Unified School District*, 98 Cal. Rptr. 2d 263), and placement of administrative leave. Defendant, Superintendent Alvarez, failed to provide due process to Plaintiff(s) (*Bell v. Vista Unified School District*, 98 Cal. Rptr. 2d 263 - Cal: *Court of Appeal*, 4th Appellate Dist. 1st Div. 2), and decisions were not consistent with board policy and were made without the consent of Parlier Unified School District School Board Members (*Skelly v. State Personnel Bd.*, 539 P. 2d 774 - Cal: *Supreme Court* (1975); *Ishimatsu v. Regents of University of California* (1968)).

Superintendent Gerardo Alvarez consistently violated his legal duty by failing to comply with the District's policies and procedures as well as the laws of California, (*Sanborn v. Chronicle Pub. Co.*, 556 P. 2d 764 - Cal: *Supreme Court* 1976) which can constitute wrongful conduct and as superintendent considered a public employee "individually liable, that liability prevails over the immunity for discretionary acts" (*Caldwell v. Montoya*, 897 P. 2d 1320 - Cal: *Supreme Court* 1995). A few weeks before the November 4, 2014, election, Superintendent Gerardo Alvarez continued to retaliate, threaten, intimidate, and harass employees and their family members who openly expressed support of school board candidates, who opposed his ongoing violations of district policies, procedures, and California laws (*Pugh v. See's Candies, Inc.*, 116 Cal. App. 3d 311 - Cal: *Court of Appeal*, 1st Appellate District 1st Div. 1981). Superintendent Gerardo Alvarez demonstrated this on Tuesday, November 4, 2014, by being present at the poll station, and directing paid young adults to provoke continuous intimidation tactics.

Defendant Superintendent Alvarez unjustly, abruptly terminated positions and/or contracts without board resolutions and without following due process of filing a charge and allowing the defendant to respond to allegations (*Bogacki v. Board of Supervisors*, 489 P. 2d 537 - Cal: *Supreme Court* 1971). Additionally, Defendant Superintendent Alvarez violated the

"COMPLAINT"
-2

Brown Act by not notifying employees within twenty-four hours before terminating, transferring, reassigning, or placing employees on administrative leave. A fair disciplinary process was not adhered to therefore violating "civil rights, breach of employment agreements with PUSD, breach of the implied covenant of good faith, fair dealing, negligent and intentional infliction of emotional distress" (*Mouchette v. Board of Education*, 217 Cal. App. 3d 303 - Cal: *Court of Appeal*, 1st Appellate Dist., 4th Div. (1990)) which ultimately has caused havoc at various school sites including disruption for student services.

Furthermore, Superintendent Gerardo Alvarez has harassed employees in and outside the work environment for opposing political views of which "employers are precluded, for example, from terminating employees for a variety of reasons, including union membership or activities, race, sex, age or political affiliation (*Pugh v. See's Candies, Inc.*, 116 Cal. App. 3d 311 - Cal: *Court of Appeal*, 1st Appellate Dist., 1st Div. 1981), and because of the hostile and offensive work environment maintained by Defendants (*Krinsky v. Doe*, 72 Cal. Rptr. 3d 231 - Cal: *Court of Appeal*, 6th Appellate Dist. (2008)), Parlier Unified School District, and PUSD School Board Members (*Sanborn v. Chronicle Pub. Co.*, 556 P. 2d 764 - Cal: Supreme Court 1976), Plaintiffs suffered and will continue to experience pain and suffering, including extreme severe mental anguish and emotional distress.

Defendant Superintendent Alvarez abruptly cancelled contracts without providing documentation and reasoning, although it was publicly announced via district e-mail, district website, social media, and the community newspaper. Therefore, these actions constituted a violation of confidentiality, privacy, and defamation of character (*Lipman v. Brisbane Elementary Sch. Dist.*, 359 P. 2d 465 - Cal: *Supreme Court* 1961).

"COMPLAINT"
- 3

Dated this 19th of November, 2014.

_____
Sandra Ortiz

_____
Raul Villanueva

_____
Alfonso Padron

_____
Luis Ramos

_____
Gudelia Sandoval

_____
Juan Sandoval

_____
Elida Padron

"COMPLAINT"
- 4



### Youth Centers of America Resource & Educational Center
580 Tulare Street * Parlier * CA * 93648 * 559-646-3837 * Fax: 559-646-9627

# Memorandum of Understanding

January 1, 2014

Javier Martinez, Principal
John C. Martinez Elementary

Youth Centers of America (YCA) is a community-based 501(c)(3) nonprofit corporation which provides effective family support services to children, parents, and families. Specifically, we provide leadership development, arts and recreation programming, adult education classes, parenting classes, social services navigation and prevention/intervention programs that serve metro Fresno and rural Fresno County communities.

Service/Scope of Work

In partnership with John C. Martinez, YCA will provide parenting classes and counselor for John C. Martinez Elementary Students, Parents and families.

1. Parenting Class Two hours per day or assigned by the site principal:
    a. Setting expectations for children
    b. Training parents in setting expectations, establishing structure at home.
    c. Creating Positive relationships among school, social and home environments.
2. Counselor for 4 hours assigned at John C. Martinez Elementary to perform group or one to one counseling sessions for students/family/parents at the school site. The Counselor will be assigned Monday-Friday at the John C. Martinez Elementary Site.

Each course will be offered weekly and will be free of charge to clients. Counselor will be assigned five hors every day Monday-Friday at the school site. The site principal will provide all assignments to counselor in writing on a weekly basis. Site principal or designated staff will assign parents and students to counselor and provide office space and classroom to see clients.

These courses and counseling services will be complemented with activities and support provided by the following: Holistic Cultural Education and Wellness Center, Parlier Youth Center- Afterschool Program, Parlier Women's Club, California Gang Reduction and Intervention Program (CalGRIP), Alcohol and other Drug (AOD) Prevention Services for Youth, Faces of Prevention, City of Parlier, Fresno County and the Parlier Chamber of Commerce.

Fee

The fee for this services is estimated not to exceed $70,000 per year.

Term

This agreement will be established through a separate service agreement once approved through the Parlier Unified School District. Services will commence January 1, 2014 and will be renewable each year pending successful fulfillment of services.

_____      9-9-14
Mr. Javier Martinez, Principal      Date
John C. Martinez Elementary

_____      9-11-14
Edgar Pelayo, Executive Director      Date
Youth Centers of America



**Youth Centers of America** <u>Resource & Educational Center</u>
580 Tulare Street * Parlier * CA * 93648 * 559-646-3837 * Fax: 559-646-9627

## Memorandum of Understanding

January 1, 2014

Javier Martinez, Principal
John C. Martinez Elementary

Youth Centers of America (YCA) is a community-based 501(c)(3) nonprofit corporation which provides effective family support services to children, parents, and families. Specifically, we provide leadership development, arts and recreation programming, adult education classes, parenting classes, social services navigation and prevention/intervention programs that serve metro Fresno and rural Fresno County communities.

Service/Scope of Work

In partnership with John C. Martinez, YCA will provide parenting classes and counselor for John C. Martinez Elementary Students, Parents and families.

1. Parenting Class Two hours per day or assigned by the site principal:
   a. Setting expectations for children
   b. Training parents in setting expectations, establishing structure at home.
   c. Creating Positive relationships among school, social and home environments.
2. Counselor for 4 hours assigned at John C. Martinez Elementary to perform group or one to one counseling sessions for students/family/parents at the school site. The Counselor will be assigned Monday-Friday at the John C. Martinez Elementary Site.

Each course will be offered weekly and will be free of charge to clients. Counselor will be assigned five hors every day Monday-Friday at the school site. The site principal will provide all assignments to counselor in writing on a weekly basis. Site principal or designated staff will assign parents and students to counselor and provide office space and classroom to see clients.

These courses and counseling services will be complemented with activities and support provided by the following: Holistic Cultural Education and Wellness Center, Parlier Youth Center- Afterschool Program, Parlier Women's Club, California Gang Reduction and Intervention Program (CalGRIP), Alcohol and other Drug (AOD) Prevention Services for Youth, Faces of Prevention, City of Parlier, Fresno County and the Parlier Chamber of Commerce.

Fee

The fee for this services is estimated not to exceed $70,000 per year.

Term

This agreement will be established through a separate service agreement once approved through the Parlier Unified School District. Services will commence January 1, 2014 and will be renewable each year pending successful fulfillment of services.

_____          9-9-14
Mr. Javier Martinez, Principal      Date
John C. Martinez Elementary

_____          9-11-14
Edgar Pelayo, Executive Director    Date
Youth Centers of America