UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. ORTIZ, et al., | No. 1:15-cv-00535-KJM-GSA |
| Plaintiffs, | |
| v. | ORDER TO SHOW CAUSE |
| GERARDO ALVAREZ, et al., | |
| Defendants. | |

On May 7, 2015, the court issued its standing order in this case. ECF No. 14-1. In that order, the parties were directed to meet and confer before the filing of any motion. *Id.* at 3. Specifically, the court ordered, "Counsel should discuss the issues sufficiently so that if a motion of any kind is filed, including for summary judgment, the briefing is directed only to those substantive issues requiring resolution by the court. Counsel should resolve minor procedural or other non-substantive matters during the meet and confer." *Id.* The court ordered the parties to include with the notice of any motion "**a certification by counsel filing the motion that meet and confer efforts have been exhausted, with a brief summary of meet and confer efforts**." *Id.* (emphasis in original).

1

1       On October 12, 16, and 20, 2015, the defendants filed several motions to dismiss and to strike.  *See* ECF Nos. 35, 37, 38, 41, 42, 45, 46.  The notices of these motions included no certifications of the parties' efforts to meet and confer.

      The defendants are each ORDERED TO SHOW CAUSE, within seven days of entry of this order, why they should not each be sanctioned in the amount of $250 for failure to comply with this court's order.  The possibility of sanctions will be abated if, prior to the date by which reply briefs are due, defense counsel meet and confer with plaintiffs' counsel and notify the count, concurrently with the filing of any reply, whether any issues addressed by defendants' motions have been narrowed.

      IT IS SO ORDERED.

DATED:  November 3, 2016.

_____
UNITED STATES DISTRICT JUDGE