UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA ORTIZ, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>GERARDO ALVAREZ, et al.,<br><br>        Defendants. | **Case No. 1:15-cv-00535-DAD-EPG**<br><br>**ORDER TERMINATING JUAN SANDOVAL AS PLAINTIFF ON DOCKET**<br><br>(ECF No. 90) |

On February 21, 2017, the parties filed a stipulation dismissing JUAN SANDOVAL with prejudice. (ECF No. 90.) All parties have agreed to the stipulation.  No court order was required under Rule 41 to effectuate the dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Therefore, the Clerk of the Court is DIRECTED to terminate JUAN SANDOVAL on the docket as a plaintiff.

IT IS SO ORDERED.

Dated:  **February 23, 2017**                    /s/ Erica P. Grosjean

                                                       UNITED STATES MAGISTRATE JUDGE