[Exempt From Filing Fee
Government Code § 6103]

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Mart B. Oller IV, #149186
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Defendant GERARDO ALVAREZ, SUPT., GERARDO ALVAREZ, AN INDIVIDUAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SANDOVAL, GUDELIA SANDOVAL, RAUL VILLANUEVA, ALFONSO PADRON, LUIS RAMOS, ELIDA PADRON, MARTHA MORENO,<br><br>Plaintiffs,<br><br>v.<br><br>GERARDO ALVAREZ, SUPT., GERARDO ALVAREZ, AN INDIVIDUAL; PARLIER UNIFIED SCHOOL DISTRICT, ISRAEL LARA, DIRECTOR OF YOUTH CENTERS OF AMERICA; AND YOUTH CENTERS OF AMERICA, A CALIFORNIA CORPORATION,<br><br>Defendants. | Case No. 1:15-CV-00535-DAD-EPG<br><br>**ORDER RE CONTINUED DISCOVERY DATES AND EXPERT DESIGNATIONS**<br><br>The Hon. Dale A. Drozd<br><br>Trial Date: March 20, 2018 |

Based on the stipulation of all parties (ECF No. 94) and good cause appearing therein, it is hereby ordered that the scheduling conference order is modified as set forth below:

1) Parlier Unified School District's written responses to discovery shall be due on May 31, 2017;

2) The deposition of Gerardo Alvarez shall be taken on May 26, 2017, and in no event later than May 31, 2017, at a time and location to be determined by the parties;

3) Expert Disclosures shall occur on July 10, 2017;

4) Rebuttal Expert Disclosures shall occur on July 24, 2017;

5) The Expert Discovery Cutoff shall be on September 29, 2017;

6) The Non-Dispositive Motion Filing Deadline shall be September 29, 2017.

IT IS SO ORDERED.

Dated: __**May 5, 2017**__  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE