# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA ORTIZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GERARDO ALVAREZ, et al.,<br><br>　　　　Defendants. | Case No.  1:15-cv-00535-DAD-EPG<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AS TO PLAINTIFFS VILLANUEVA AND MORENO ONLY AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |

　　　　On July 26, 2017, the undersigned conducted a settlement conference in the above entitled action.  During the settlement conference, Plaintiffs Raul Villanueva and Martha Moreno reached a settlement agreement with all defendants.

　　　　Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED as to Plaintiffs Raul Villanueva and Martha Moreno only; and

2. Dispositional documents as to the parties reaching settlement shall be filed within forty-five (45) days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **July 27, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　
UNITED STATES MAGISTRATE JUDGE

1