1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

| | |
|---|---|
| SANDRA ORTIZ, et al., | Case No.  1:15-cv-00535-DAD-EPG |
| Plaintiffs, | ORDER CONTINUING SETTLEMENT CONFERENCE AS TO PLAINTIFFS ALFONSO PADRON AND ELIDA PADRON |
| v. | |
| GERARDO ALVAREZ, et al., | |
| Defendants. | |

17  On July 26, 2017, the undersigned conducted a settlement conference in the above

18 entitled action.  The Court shall continue the settlement conference as to Plaintiffs Alfonso

19 Padron and Elida Padron to August 15, 2017, at 10:00 a.m. in Courtroom 9.

20  Unless otherwise permitted in advance by the Court, **the attorneys who will try the case**

21 shall appear at the Settlement Conference **with the parties** and the person or persons having **full**

22 **authority** to negotiate and settle the case **on any terms**[1] at the conference.

23  *Confidential Settlement Conference Statement:*  Plaintiff shall submit a Confidential

24 Settlement Conference Statement directly to Judge Boone's chambers by e-mail to

25

---

26 [1] Insurance carriers, business organizations, and governmental bodies or agencies whose settlement agreements are subject to approval by legislative bodies, executive committees, boards of directors or the like shall be represented

27 by a person or persons who occupy high executive positions in the party organization and who will be directly involved in the process of approval of any settlement offers or agreements.  To the extent possible the representative

28 shall have the authority, if he or she deems it appropriate, to settle the action on terms consistent with the opposing party's most recent demand.

1

1  SABOrders@caed.uscourts.gov.  The statement **should not be filed** with the Clerk of the Court

2  **nor served on any other party**, although the parties may file a Notice of Lodging of Settlement

3  Conference Statement.  The statement shall be clearly marked "confidential" with the date and

4  time of the Settlement Conference indicated prominently thereon.

5        The Confidential Settlement Conference Statement shall include the following:

6        A.    A brief statement of the facts of the case.

7        B.    A brief statement of the claims and defenses, i.e., statutory or other grounds upon

8        which the claims are founded; a forthright evaluation of the parties' likelihood of

9        prevailing on the claims and defenses; and a description of the major issues in

10        dispute.

11        C.    A summary of the proceedings to date.

12        D.    An estimate of the cost and time to be expended for further discovery, pretrial and

13        trial.

14        E.    The relief sought.

15        F.    The party's position on settlement, including present demands and offers and a

16        history of past settlement discussions, offers and demands.

17        The Court will vacate the settlement conference if the Court finds the settlement

18  conference will be neither productive nor meaningful to attempt to resolve all or part of this case.

19  As far in advance of the settlement conference as possible, a party shall inform the Court and

20  other parties that it believes the case is not in a settlement posture so the Court may vacate or

21  reset the settlement conference.  Otherwise the parties shall proceed with the settlement

22  conference in good faith to attempt to resolve all or part of the case.

23        Based on the foregoing, IT IS HEREBY ORDERED that:

24        1.    The settlement conference for Plaintiffs Alfonso Padron and Elida Padron is

25        CONTINUED to August 15, 2017, at 10:00 a.m. in Courtroom 9;

26        2.    Plaintiffs Alfonso Padron and Elida Padron and Defendants Gerardo Alvarez,

27        Parlier Unified School District, Youth Centers of America, and Israel Lara

28        SHALL personally appear at the August 15, 2017 settlement conference; and

1       3.      Plaintiffs Alfonso Padron and Elida Padron SHALL submit a confidential

2             settlement statement in compliance with this order by close of business on August

3             10, 2017.

IT IS SO ORDERED.

Dated:   **July 27, 2017**

UNITED STATES MAGISTRATE JUDGE