# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA ORTIZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GERARDO ALVAREZ, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00535-DAD-EPG<br><br>ORDER RE AUGUST 2, 2017 HEARING RE SETTLEMENT AGREEMENT FOR PLAINTIFF RAUL VILLANUEVA |

On July 26, 2017, the undersigned conducted a settlement conference in the above entitled action. During the settlement conference, Plaintiffs Raul Villanueva and Martha Moreno reached a settlement agreement with all defendants. The settlement terms were placed on the record. On July 28, 2017, the Court issued an order following the settlement, vacating dates as to Plaintiffs Villanueva and Moreno only, and directing the parties who have settled to file dispositional documents within forty-five days of the date of service of the order. (ECF No. 119.)

Subsequently, the parties contacted the Court to schedule a telephonic conference regarding Plaintiff Villanueva's settlement agreement. On August 1, 2017, the Court set a telephonic conference in this matter for August 2, 2017, at 9:00 a.m. before the undersigned.

On August 2, 2017, the undersigned held a hearing regarding Plaintiff Villanueva's settlement agreement. Alexia Kirkland appeared telephonically on behalf of Plaintiff

Villanueva.  Mart B. Oller, IV, appeared telephonically on behalf of Defendants Gerardo Alvarez, Parlier Unified School District, and Parlier Unified School District Board of Trustees. Justin Campagne appeared telephonically on behalf of Defendants Israel Lara and Youth Centers of America. agreement in this matter.  They also stated that if it is necessary for them to file a motion to enforce the settlement agreement, they may seek attorney fees and costs.

This case has settled as to Plaintiff Villanueva on the record and in open court and the Court will proceed consistent with the Court's July 28, 2017 order (ECF No. 119), unless and until a noticed motion seeking relief from the settlement is filed.  The parties will proceed towards the settlement terms including Defendants Alvarez, Parlier Unified School District, and Parlier Unified School District Board of Trustees seeking Board approval, and if approved, tendering payment upon execution of the agreement.  If the parties wish to seek further court intervention, the parties are reminded that any non-breaching party may be entitled to attorney fees and costs related to any breach of the settlement if the Court finds a breach of the settlement.

Accordingly, it is HEREBY ORDERED that the parties who have reached settlement shall file dispositional documents in accordance with the July 28, 2017 order.

IT IS SO ORDERED.

Dated:   **August 2, 2017**

UNITED STATES MAGISTRATE JUDGE