# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA ORTIZ, et al., | Case No. 1:15-cv-00535-DAD-EPG |
| Plaintiffs, | ORDER RE SETTLEMENT CONFERENCE |
| v. | |
| GERARDO ALVAREZ, et al., | |
| Defendants. | |

On August 15, 2017, the undersigned conducted a settlement conference with Plaintiffs Alfonso Padron and Elida Padron and Defendants Gerardo Alvarez, Parlier Unified School District, Youth Centers of America, and Israel Lara. The parties were unable to reach settlement on this date. Should the parties desire a further settlement conference, the Court is amenable to conducting another conference in this matter. However, prior to setting a settelement conference, Plaintiffs shall be required to submit a meaningful Confidential Settlement Conference Statement which includes the following directly to Judge Boone's chambers by e-mail to SABOrders@caed.uscourts.gov.

    A.    A brief statement of the facts of the case.

    B.    A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

1

   C. An estimate of the cost and time to be expended for further discovery, pretrial and trial.

   D. The relief sought.

   E. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

Only if the Court finds that a statement submitted by Plaintiffs is meaningful will a further settlement conference be set and once a date is set Defendants may be ordered to submit their settlement statement should further issues need to be addressed.

IT IS SO ORDERED.

Dated: **August 15, 2017**

_____
UNITED STATES MAGISTRATE JUDGE