# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. ORTIZ, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> GERARDO ALVAREZ, *et al.*, <br><br> Defendants. | Case No. 1:15-cv-00535-DAD-EPG <br><br> **ORDER TERMINATING MARTHA MORENO AS PLAINTIFF ON THE DOCKET** <br><br> (ECF No. 128) |

On September 8, 2017, the parties filed a stipulation to dismiss with prejudice the claims in this action of Plaintiff Martha Moreno. (ECF No. 128). All parties have agreed to the dismissal. *Id.* In light of the stipulation, the claims of Martha Moreno are dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to terminate MARTHA MORENO on the docket as a plaintiff.

IT IS SO ORDERED.

Dated: **September 12, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE