# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SANDOVAL, GUDELIA SANDOVAL, RAUL VILLANUEVA, ALFONSO PADRON, LUIS RAMOS, ELIDA PADRON, MARTHA MORENO,<br><br>Plaintiff(s),<br><br>v.<br><br>GERARDO ALVAREZ, SUPT., GERARDO ALVAREZ, AN INDIVIDUAL; PARLIER UNIFIED SCHOOL DISTRICT, ISRAEL LARA, DIRECTOR OF YOUTH CENTERS OF AMERICA; AND YOUTH CENTERS OF AMERICA, A CALIFORNIA CORPORATION,<br><br>Defendant(s). | Case No. 1:15-cv-00535-DAD-EPG<br><br>**ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL**<br><br>(ECF Nos. 172, 184) |

On October 22, 2018, Alfonso Padron and Elida Padron, proceeding *pro se*, filed a notice of appeal to the United States Court of Appeals for the Ninth Circuit for review of an order, (ECF No. 168), awarding summary judgment on their claims for intentional infliction of emotional distress, First Amendment retaliation, and wrongful termination to Defendants Gerardo Alvarez and Youth Centers of America. (ECF No. 173.)

Alfonso Padron ("Plaintiff") also filed an application to proceed *in forma pauperis* on appeal. (ECF No. 172). Finding that the application did not contain an affidavit in accordance with Federal Rule of Appellate Procedure 24, the Court directed Plaintiff Alfonso Padron to

1

submit such an affidavit. (ECF No. 181).

On November 2, 2018, Plaintiff Alfonso Padron filed an amended motion to proceed *in forma pauperis*. (ECF No. 184). Plaintiff has made the necessary showing under 28 U.S.C. § 1915, and has submitted the information required under Rule 24. Accordingly, Plaintiff's motion to proceed *in forma pauperis* on appeal is granted.

The Clerk of the Court is directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: __**November 5, 2018**__                    /s/ Erin P. Grosjean
<br>UNITED STATES MAGISTRATE JUDGE