Alfonso Padron
16484 E. Rose Ave.
Reedley, Ca. 93654
In Pro Per



FILED
AUG 0 5 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GUDELIA SANDOVAL, ALFONSO PADRON, LUIS RAMOS, ELIDA PADRON,
Plaintiff(s),
v.
GERARDO ALVAREZ, SUPT., GERARDO ALVAREZ, AN INDIVIDUAL; PARLIER UNIFIED SCHOOL DISTRICT,
Defendant(s)

Case No.: 1:15-cv-00535-DAD-EPJ

PLAINTIFF ALFONSO PADRON'S AMENDED EXHIBIT LIST EXHIBIT NO. "B"

Trial Date: November 19, 2019
Time: 1:00 P.M.
Judge: Hon. Dale Drozd
Ct. Rm.: 5

AMENDED EXHIBIT LIST FOR A. PADRON

| Exh. No | Date | Document |
|---|---|---|
| 1. | | 4th Amended Complaint |
| 2. | | Insurance Document |
| 3. | | Gerardo Alvarez Created MOU |
| 4. | | YCA Contract-Castani |
| 5. | | Melissa Cano Deposition |
| 6. | | Elida Padron Deposition |
| 7. | | Alfonso Padron Deposition |

| 8.  | | Enrique Maldonado Deposition |
|-----|-|------------------------------|
| 9.  | | Summary Judgement Motion COURT ORDER |
| 10. | | Alvarez Fraud Arrest (Media Reports) |
| 11. | | PUSD Agenda Permission to Perform Duties |
| 12. | | Gerardo Alvarez Deposition |
| 13. | | Fresno County Grand Jury Report (2015) |
| 14. | | Restorative Justice Documents |
| 15. | | Consultant Wage Report |
| 16. | | Dr. Fernandez Deposition |
| 17. | | Gerardo Alvarez Superior Court Case |
| 18. | | Israel Lara Deposition |
| 19. | | A. Padron and Lara Text Messages |
| 20. | | A Padron Employment Document |
| 21. | | Reynolds Report Concerning Grand Jury Findings |
| 22. | | E. Padron and A. Padron Summer Contract (June 16 – July 31, 2014) – Approved by G. Alvarez, Superintendent on June 5, 2014 |
| 23. | | Petition for Investigation to the District Attorney Integrity Unit |

Dated: August 5, 2019

*[signature]*

Plaintiff Alfonso Padron in Pro Per

CERTIFICATE OF SERVICE

I hereby certify that on the __5th__ day of _AUGUST_____, 2019__, a true copy of the Exhibit and Witness lists and a certificate of service was personally delivered to:

McCormick Barstow, LLP

7647 North Fresno Street

Fresno Ca. 93729

Attn: Marty Oller

*Alfonso Padron* (signature)

Alfonso Padron In pro per