**[Exempt From Filing Fee Government Code § 6103]**

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Mart B. Oller IV, #149186
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Defendants GERARDO ALVAREZ, SUPT., GERARDO ALVAREZ, AN INDIVIDUAL and PARLIER UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

JUAN SANDOVAL, GUDELIA SANDOVAL, RAUL VILLANUEVA, ALFONSO PADRON, LUIS RAMOS, ELIDA PADRON, MARTHA MORENO,

Plaintiffs,

v.

GERARDO ALVAREZ, SUPT., GERARDO ALVAREZ, AN INDIVIDUAL; PARLIER UNIFIED SCHOOL DISTRICT, ISRAEL LARA, DIRECTOR OF YOUTH CENTERS OF AMERICA; AND YOUTH CENTERS OF AMERICA, A CALIFORNIA CORPORATION,

Defendants.

Case No. 1:15-CV-00535-DAD-EPG

**JOINT TRIAL EXHIBIT LIST AND CORRESPONDING EXHIBITS AND DEFENDANTS' FIRST AMENDED TRIAL EXHIBIT LIST AND CORRESPONDING EXHIBITS**

The Hon. Dale A. Drozd

Trial Date: November 19, 2019

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

JOINT TRIAL EXHIBIT LIST AND CORRESPONDING EXHIBITS AND DEFENDANTS' FIRST AMENDED TRIAL EXHIBIT LIST AND CORRESPONDING EXHIBITS

**Joint Trial Exhibit List and Corresponding Exhibits**

| Exhibit No. | Date | Exhibit Description |
|---|---|---|
| JT-1 | | One-page Re-Elect Melissa Cano |
| JT-2 | | One-page Re-Elect Mary Helen Villanueva |
| JT-3 | | One-page Raul Villanueva |
| JT-4 | | Two-page Jose Reyes, Enrique Maldonado |
| JT-5 | | Email from PUSD (Edward Lucero) to PUSD staff dated December 9, 2014 |
| JT-6 | | Administrative Employment Agreement 2014-2016 |
| JT-7 | | Resolution –Personally Served |

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
JOINT TRIAL EXHIBIT LIST AND CORRESPONDING EXHIBITS AND DEFENDANTS' FIRST AMENDED TRIAL EXHIBIT LIST AND CORRESPONDING EXHIBITS

**Defendants' First Amended Trial Exhibit List and Corresponding Exhibits**

| Exhibit No. | Date | Exhibit Description |
|---|---|---|
| A | | Post-Retirement Consultant Agreements and addenda between Ben Benavidez and PARLIER UNIFIED SCHOOL DISTRICT |
| B | | One-page Constancio T. Flores |
| C | | One-page Gersain Torres |
| D | 10/08/14 | Email from Mr. Lucero re do not engage in political activity during work hours |
| E | | Correspondence from Gerardo Alvarez to Luis Ramos regarding disruption of school duties and activities |
| F | | Online posting from Edward Lucero dated 10/29/14 |
| G | | October 29, 20I4 letter to Gudelia Sandoval from Gerardo Alvarez, Superintendent |
| H | | Administrative Employment Agreement 2014-2016 |
| I | | February 5, 2015 letter to Gudelia Sandoval from Edward Lucero, Deputy Superintendent; enclosures |
| J | | PUSD Board Policy 1312.1 |
| K | | PUSD Board Policy 1312.3 |
| L | | Personnel file of Gudelia Sandoval (Evaluation 6/03/09) |
| M | | Personnel file of Gudelia Sandoval (Evaluation 6/0/10) |
| N | | Personnel file of Gudelia Sandoval (Letter 06/22/10) |
| O | | Complaints regarding Chavez Elementary and/or Gudelia Sandoval (Marisa Alanis Vallejo) |
| P | | Complaints regarding Chavez Elementary and/or Gudelia Sandoval (Dalila Beristein) |
| Q | | Complaints regarding Chavez Elementary and/or Gudelia Sandoval (Maria Hernandez) |
| R | | Complaints regarding Chavez Elementary and/or Gudelia Sandoval (Francesco Flores) |
| S | | Complaints regarding Chavez Elementary and/or Gudelia Sandoval (September 24, 2013) |
| T | | Complaints regarding Chavez Elementary and/or Gudelia Sandoval (Arlene Inostros) |
| U | | Complaints regarding Chavez Elementary and/or Gudelia Sandoval (Subject: Parent Rebecca Cantu) |
| V | | Letter to Gudelia Sandoval (January 27, 2016) –Personally Served |
| W | | Plaintiff Civil Complaint for Damages, - Case No. 1:16CV-00549LJOSAB |
| X | | Plaintiff's Complaint for Damages, Case No. 16CECG00211 |

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

| Exhibit No. | Date | Exhibit Description |
|---|---|---|
| Y | | Plaintiff Complaint for Damages, Case No. 15CECG03521 |
| Z | | Memorandum of Understanding between Youth Center of America and John C. Martinez elementary, dated January 1, 2014 |
| AA | | Special Interrogatories |
| BB | | Contracts between Youth Centers of America and PARLIER UNIFIED SCHOOL DISTRICT |
| CC | | Two-page Revised Consultant Proposal 2014 - 15 |
| DD | | Employment Agreement for Attendance/SARB Support Services Administrative Consultant |
| EE | | Two page employment Agreement for Attendance/SARB Support Services Consultant, dated 1/22/13 |
| FF | | Consultant proposal from Elida Padron for 2013-2014, and revisions thereto |
| GG | | Two-page Revised Consultant Proposal 2013 - 14 |
| HH | | Six-page Defendant Parlier Unified School District's Requests For Production of Documents, Set One To Plaintiff Elida Padron |
| II | | Eight-page Plaintiff, Elida Padron's Response to Defendant Parlier Unified School District's Request For Production of Documents, Set One |
| JJ | | Two-page document to Superintendent Gerardo Alvarez dated 10/1/13 |
| KK | | One-page Revised Consultant Proposal 2013 - 14 |
| LL | | Total Payment Reports for Elida Padron |
| MM | | One-page p1099-MISC Tax Form |

Dated: November 14, 2019

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Mart B. Oller IV*
Mart B. Oller IV
Attorneys for Defendants GERARDO ALVAREZ, SUPT., GERARDO ALVAREZ, AN INDIVIDUAL and PARLIER UNIFIED SCHOOL DISTRICT

049912-000206 6443318.1

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On November 14, 2019, I served true copies of the following document(s) described as **JOINT TRIAL EXHIBIT LIST AND CORRESPONDING EXHIBITS AND DEFENDANTS' FIRST AMENDED TRIAL EXHIBIT LIST AND CORRESPONDING EXHIBITS** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 14, 2019, at Fresno, California.

*<u>/s/ Mary G. Ramirez</u>*
Mary G. Ramirez

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

JOINT TRIAL EXHIBIT LIST AND CORRESPONDING EXHIBITS AND DEFENDANTS' FIRST AMENDED TRIAL EXHIBIT LIST AND CORRESPONDING EXHIBITS

**SERVICE LIST**
**Villanueva v. Alvarez**
**1:15-cv-00535-KJM-EPG**

| | |
|---|---|
| ELIDA PADRON<br>16484 E. Rose Avenue<br>Reedley, CA 93654 | In Pro Per |
| ALFONSO PADRON<br>16484 E. Rose Avenue<br>Reedley, CA 93654 | In Pro Per |

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

JOINT TRIAL EXHIBIT LIST AND CORRESPONDING EXHIBITS AND DEFENDANTS' FIRST AMENDED TRIAL EXHIBIT LIST AND CORRESPONDING EXHIBITS